CONSTANCE ANDERSON v. SUMMIT BOARD OF EDUCATION.

February 2, 1982.

Certification to Superior Court, Appellate Division is granted.

IN THE MATTER OF THE APPLICATION OF BOARDWALK
REGENCY CORPORATION FOR A CASINO LICENSE.

February 8, 1982.

Petitions for certification granted.   (See 180 *N.J. Super.* 324)

JAMES P. DUGAN v. ROSALEEN M. DUGAN.

February 8, 1982.

Petition for certification granted.

NEWARK TEACHERS UNION LOCAL 481, AFL–CIO v. BOARD
OF EDUCATION OF THE CITY OF NEWARK.

February 8, 1982.

Petition for certification denied.